No. 644. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* CEMENT INVESTORS, INC. February 9, 1942. Petition for writ of certiorari to the Circuit Court of

Appeals for the Tenth Circuit denied. *Solicitor General Fahy* for petitioner. *Messrs. John L. J. Hart* and *James B. Grant* for respondent.